John Miller, appellee, v. Mrs. Helen English, appellant. Gen. No. 28,179.

Action in forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. A. N. Gualano, Judge, presiding. Heard in the Branch Appellate Court at the October term,

1922. Reversed. Opinion filed April 24, 1923.

Sinden & Hassell, for appellant. Louis J. Du Rocher, for appellee.

Mr. Justice Gridley delivered the opinion of the court.